IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON - NORTHERN DIVISION

| | |
|---|---|
| **MINOR CHILD J.B.**<br>c/o Lenda Burns<br>Legal Guardian<br>2215 Redbud Lane<br>Jackson, MS 39212<br><br>*Petitioner* | *<br><br>*   Case No.:  3:18-mc-00328-HTW-LRA<br><br>*<br><br>*<br><br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL

Please enter a dismissal in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

                                                        Respectfully Submitted,
                                                        TUCKER|MOORE GROUP, LLP

*/s/ Carlos E. Moore*
_____
Carlos E. Moore, MSB# 100685
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902-1487
O: (662) 227-9940
F: (662) 227-9941
carlos@tuckermoorelaw.com
Attorney for Petitioner

Respectfully Submitted,
DOWNS COLLINS, P.A.


\_\_\_\_\_/s/_____
Jason G. Downs, Esq.
*Pro Hac Vice*
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
jason@downscollins.com
*Attorney for Petitioner*


Respectfully Submitted,


/s/\_Gregory R. Burnett_____ \_\_
Gregory R. Burnett, MSB # 102624
Deputy City Attorney
Office of the City Attorney
P.O. Box 2779
Jackson, Mississippi  39207-2779
gburnett@city.jackson.ms.us
Attorney for the City of Jackson


Dated:  6-13-18


# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2018, I caused a copy of the foregoing Stipulation of Voluntary Dismissal to be served on all parties of record *via* the court's electronic filing system.

TUCKER|MOORE GROUP, LLP

_____
Carlos E. Moore, MSB# 100685